UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

JOSE MORALES,

               Defendants.

- - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

INDICTMENT

07 Cr. ___ (___)

08 CRIM 007

## COUNT ONE

The Grand Jury charges:

1. On or about June 21, 2007, in the Southern District of New York, JOSE MORALES, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base in a form commonly known as "crack," in the vicinity of 140 West 174th Street, Bronx, New York.

    (Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C), and Title 18, United States Code, Section 2.)

## COUNT TWO

The Grand Jury further charges:

2. On or about September 12, 2007, in the Southern District of New York, JOSE MORALES, the defendant, and two other individuals not named as defendants herein, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, MORALES and

two other individuals sold approximately 32.1 grams of a mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," to an undercover police officer in the vicinity of 140 West 174th Street, Bronx, New York.

   (Title 21, United States Code, Sections 812, 841(a)(1), and
   841(b)(1)(B), and Title 18, United States Code, Section 2.)


### COUNT THREE

The Grand Jury further charges:

3.   On or about June 21, 2007, in the Southern District of New York, JOSE MORALES, the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, wit, the narcotics offense charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, to wit, a handgun, in the vicinity of 140 West 174th Street, Bronx, New York.

   (Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)


_____          _____
Foreperson                        MICHAEL J. GARCIA
                                  United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JOSE MORALES,

Defendant.

---

INDICTMENT

07 Cr. ___ (___)

(Title 21, United States Code 812,
841(a)(1), 841 (b)(1)(B) 841 (b)(1)(C).
Title 18, United States Code, Sections 924
C(1)(A)(I) and 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL  _____
Foreperson.

---

1-2-08 Filed Indictment - Under Seal A/W issued
Pitman
U.S M.J.