UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

     - v. -                     :     **ORDER**

JOSE MORALES,                     :     08 Cr. 007

     Defendant.                  :

- - - - - - - - - - - - - - - - -X

     WHEREAS, the above-captioned indictment was returned on January 2, 2008 and, upon application of the government, ordered to be filed under seal; and

     WHEREAS the Government has requested that the above-captioned indictment be unsealed;

     IT IS HEREBY ORDERED, that the indictment docketed as 08 Cr. 007 be unsealed.

Dated:  New York, New York
       January 16, 2008

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 6 2007

Judge Koeltl