UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

JOSE MORALES,

             Defendant.

---

08 Cr. 07 (JGK)

SPEEDY TRIAL ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **March 14, 2008 at 3:00 p.m.**

Because an adjournment is needed to allow for the Government to make discovery and for the defendant to review it, to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **January 25, 2008,** until **March 14, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
            January 25, 2008

                                    John G. Koeltl
                               United States District Judge