USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 5 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -                      :             <u>INDICTMENT</u>

JOSE MORALES and                :             S1 08 Cr. 007 (JGK)
JOHN ADAMS,

                                  :
            Defendants.
                                  :

- - - - - - - - - - - - - - - - - - x

<u>**COUNT ONE**</u>

The Grand Jury charges:

1. From in or about February 2007 up to and including in or about November 2007, in the Southern District of New York and elsewhere, JOSE MORALES and JOHN ADAMS, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JOSE MORALES and JOHN ADAMS, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in the form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a), and 841(b)(1)(A).

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

a. On or about July 11, 2007, JOSE MORALES, the defendant, and two co-conspirators not named as defendants herein ("CC-1" and "CC-2"), sold approximately 7.2 grams of "crack" to an undercover police officer in the vicinity of 140 West 174th Street, Bronx, New York.

b. On or about August 2, 2007, MORALES, CC-1, and a co-conspirator not named as a defendant herein ("CC-3"), sold approximately 20 grams of "crack" to an undercover police officer in the vicinity of 140 West 174th Street, Bronx, New York.

c. On or about September 12, 2007, MORALES and JOHN ADAMS, the defendant, and a co-conspirator not named as a defendant herein ("CC-4") sold approximately 32.1 grams of "crack" to an undercover police officer in the vicinity of 140 West 174th Street, Bronx, New York.

(Title 21, United States Code, Section 846).

**COUNT TWO**

The Grand Jury further charges:

3. On or about June 21, 2007, in the Southern District of New York, JOSE MORALES, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in the vicinity of 140 West 174th Street, Bronx, New York.

    (Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C), and Title 18, United States Code, Section 2.)

**COUNT THREE**

The Grand Jury further charges:

4. On or about September 12, 2007, in the Southern District of New York, JOSE MORALES and JOHN ADAMS, the defendants, and CC-4, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, MORALES and two other individuals sold approximately 32.1 grams of a mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," to an undercover police officer in the vicinity of 140 West 174th Street, Bronx, New York.

    (Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B), and Title 18, United States Code, Section 2.)

**COUNT FOUR**

The Grand Jury further charges:

5.   On or about June 21, 2007, in the Southern District of New York, JOSE MORALES, the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics offenses charged in Counts One and Two of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, to wit, a handgun, in the vicinity of 140 West 174th Street, Bronx, New York.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

**COUNT FIVE**

The Grand Jury further charges:

6.   On or about January 9, 2008, in the Southern District of New York, JOHN ADAMS, the defendant, unlawfully, willfully, and knowingly, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics offense charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, to wit, a

handgun, in the vicinity of 140 West 174th Street, Bronx, New York.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

_____         _____
Foreperson                                                                  MICHAEL J. GARCIA
                                                                                         United States Attorney

```
Form No. USA-33s-274  (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE MORALES and
JOHN ADAMS,

Defendants.

INDICTMENT

S1 08 Cr. 007 (JGK)

(21 U.S.C. §§ 846, 841(a)(1), and
841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C);
18 U.S.C. §§ 924(c) and 2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

2/5/08 - Fld. Superseding Indictment S' 08 Cr. 007 (JGK)

S/Douglas F. Eaton