```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

JOSE MORALES, and JOHN ADAMS,

        Defendants.

08 Cr. 07 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **April 30, 2008 at 4:30 p.m.**

    Because an adjournment is needed to allow for the Government to make discovery and for the defendants to review it, to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **March 20, 2008,** until **April 30, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
          March 20, 2008

                                                        John G. Koeltl
                                                  United States District Judge