USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 5/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -                                08 Cr. 07 (JGK)

JOSE MORALES, and JOHN ADAMS,        SPEEDY TRIAL ORDER

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **June 5, 2008 at 4:30 p.m.**

    Because an adjournment is needed to allow defense counsel time to review discovery and to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **April 30, 2008**, until **June 5, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           April 30, 2008

                                        John G. Koeltl
                                      United States District Judge